# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6845 | **DATE** | 2/21/2008 |
| **CASE TITLE** | Flores vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held with only plaintiff's attorney appearing. Defendants' attorney fails to appear. Defendants are ordered to show cause why an order of default should not be entered. Status hearing continued to 3/19/2008 at 9:30 AM. The Clerk is directed to mail a copy of this order to Corporation Counsel Mara Georges, 121 N. LaSalle Street, Suite 600, Chicago, IL 606002.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|