**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6845 |
| | ) | |
| vs. | ) | |
| | ) | Judge Kennelly |
| CITY OF CHICAGO; | ) | |
| Chicago Police Officers | ) | Magistrate Judge Cole |
| ROGELIO PINAL, Star 18921; and | ) | |
| RONALD RODRIGUEZ, Star 15347; | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

**DEFENDANT OFFICERS' AGREED MOTION TO**
**ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD,**
**VACATE ANY TECHNICAL DEFAULTS, AND VACATE THE RULE TO SHOW**
**CAUSE AGAINST DEFENDANTS**

Defendant Officers, Rogelio Pinal and Ronald Rodriguez, by one of their attorneys, Mary McCahill, Assistant Corporation Counsel of the City of Chicago, and Defendant City of Chicago, by its attorney, Mara S. Georges, respectfully requests this Honorable Court to enlarge the time in which they may answer or otherwise plead to plaintiff's complaint, vacate all technical defaults against Defendants, and vacate the order for Defendants to show cause as to why default should not be entered, stating as follows:

(1)     Officer Ronald Rodriguez received notice of this matter on January 1, 2008.  On February 13, 2008, the undersigned learned that Officer Rogelio Pinal received notice of this matter on February 7, 2008.

(2)     Immediately upon learning that both Defendant Officers received notice of the instant lawsuit, the undersigned notified both officers to meet the undersigned on February 21, 2008.  Due to scheduling conflicts, neither officers were available to

meet the undersigned on that date.  The undersigned then rescheduled the client meeting to the next mutually convenient date, March 4, 2008.

(3)     Based on the foregoing reasons, the undersigned has not yet had an opportunity to interview the defendant officers to answer the complaint.

(4)     This motion is defendant's first request for an extension of time to answer or otherwise plead.

(5)     No prejudice will result to plaintiff by the granting of this motion.  The undersigned has contacted counsel for plaintiff who has agreed to the instant motion.

(6)     Defendants apologize to the Court the delay, and have taken steps to ensure this case proceeds in an expeditious manner.  To this end, the parties have discussed this case and agree to exchange initial discovery prior to the next court date, which is set for March 19, 2008.  Additionally, the Defendants have received a settlement demand from Plaintiff's counsel, and they anticipate responding with an offer after their first client meeting.

**WHEREFORE**, Defendants request this Court to grant their motion for an extension of time to and including March 11, 2008 to answer or otherwise plead to the complaint, vacate all technical defaults against Defendants, and vacate the order for Defendants to show cause as to why default should not be entered.

Respectfully submitted,


/s/ Mary McCahill

MARY MCCAHILL

Assistant Corporation Counsel


30 NORTH LA SALLE ST.

SUITE 1400

CHICAGO, ILLINOIS  60602                    February 27, 2008

(312) 742-6404

ATTORNEY NO. 06277989