UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6845 |
| | ) | |
| vs. | ) | |
| | ) | Judge Kennelly |
| CITY OF CHICAGO; | ) | |
| Chicago Police Officers | ) | Magistrate Judge Cole |
| ROGELIO PINAL, Star 18921; and | ) | |
| RONALD RODRIGUEZ, Star 15347; | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Larry Jackowiak
Law Offices of Larry Jackowiak
20 North Clark Suite 1700
Chicago, Illinois 60602

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States district Court for the Northern District of Illinois, Eastern Division, an **DEFENDANTS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD, VACATE ANY TECHNICAL DEFAULTS, AND VACATE THE RULE TO SHOW CAUSE AGAINST DEFENDANTS**.

    PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Kennelly, or before such other Judge sitting in his place or stead, on **March 5, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2103** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

    **DATED** at Chicago, Illinois February 27, 2008

    Respectfully submitted,

    /s/ Mary McCahill
    MARY MCCAHILL
    Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS 60602
(312) 742-6404
ATTORNEY NO. 06277989

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copies of the above and foregoing **NOTICE OF MOTION and** an **DEFENDANTS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD, VACATE ANY TECHNICAL DEFAULTS, AND VACATE THE RULE TO SHOW CAUSE AGAINST DEFENDANTS** will be electronically sent to the person named in the foregoing Notice, at the address therein stated, on February 27, 2008.

Larry Jackowiak<br>
Law Offices of Larry Jackowiak<br>
20 North Clark Suite 1700<br>
Chicago, Illinois 60602

/s/ Mary McCahill
MARY MCCAHILL