# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6845 | **DATE** | 3/5/2008 |
| **CASE TITLE** | David Flores vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' agreed motion to enlarge time, vacate technical defaults, and to vacate the rule to show cause is granted. The case remains set for status on 3/19/08 at 9:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|