UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case:   07 C 6845

    David Flores,                                               Honorable Judge Kennelly

         v.                                      Magistrate Judge Cole

    City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rogelio Pinal, Ronald Rodriguez, and City of Chicago, Defendants.

| SIGNATURE | |
|---|---|
| /s/ Anne K. Preston | Assistant Corporation Counsel |
| **FIRM** City of Chicago, Department of Law | |
| **STREET ADDRESS** 30 N. LaSalle St., Suite 1400 | |
| **CITY/STATE/ZIP** Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06287125 | TELEPHONE NUMBER  (312) 742-4045 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |