IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6845 |
| | ) | |
| vs. | ) | |
| | ) | Judge Kennelly |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Lawrence V. Jackowiak
 Louis Meyer
 Law Offices of Lawrence V. Jackowiak
 20 N. Clark St., Suite 1700
 Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge KENNELLY, or before such other Judge sitting in his place or stead, on the 22nd day of April, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard to present the attached Motion.

**DATED** at Chicago, Illinois this 16th day of April, 2008.

Respectfully submitted,

/s/ Anne K. Preston
ANNE K. PRESTON
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-4045
Atty. No. 06287125