## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6845 | **DATE** | 4/22/2008 |
| **CASE TITLE** | David Flores vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' joint motion for entry of protective order is granted. Defendants are directed to submit a draft order for electronic signature, following the instructions on Judge Kennelly's web page.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|