UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

David Flores
                Plaintiff,

v.                                Case No.: 1:07−cv−06845
                                        Honorable Matthew F. Kennelly

City of Chicago, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 4/22/2008 with attorneys for both sides. Settlement Conference set for 5/23/2008 at 10:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.