# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6845 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Flores vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

The time for the settlement conference on 5/23/08 is reset from 10:30 a.m. to 1:30 p.m. on the same date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|