# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6845 | **DATE** | 5/23/2008 |
| **CASE TITLE** | Flores vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Settlement conference held with plaintiff and attorneys for both sides present. Settlement does not appear to be possible at this time. Discovery cutoff date is extended to 9/30/08. Status hearing is set to 7/31/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|